IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-02042-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BYRON NEIL ANTONE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's first motion to dismiss the petition against him, filed September 11, 2007. (DE # 10.) Respondent filed the motion prior to the Supreme Court's decision in United States v. Comstock, __ U.S. __, 130 S. Ct. 1949 (2010), and on June 22, 2010, respondent filed a second motion to dismiss which incorporates the current case law and renews his request for dismissal. In light of the foregoing, respondent's first motion to dismiss (DE # 10) is DENIED as moot and without prejudice.

SO ORDERED, this the 20th day of _____, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge