UNITED STATES OF AMERICA
      Petitioner,
 v.              **Judgment**

BYRON NEIL ANTONE
      Respondent.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for determination of whether respondent should be committed as a sexually dangerous person pursuant to 18 U.S.C. § 4248, and on the Memorandum and Recommendation of United States Magistrate Judge James E. Gates.

**IT IS ORDERED AND ADJUDGED** that the court finds that respondent is a sexually dangerous person within the meaning of 18 U.S.C. § 4247(a)(5) and (6), and that he is hereby committed to the custody of the United States Attorney General as a sexually dangerous person pursuant to 18 U.S.C. § 4248(d).

This Judgment Filed and Entered on September 25, 2012, with service on:
G. Norman Acker, III; Joshua B. Royster, Michael D. Bredenberg; and R.A. Renfer, Jr. (Via
  CM/ECF Notice of Electronic Filing)
Joseph L. Ross, II; Robert E. Waters; and Sonya M. Allen (via CM/ECF Notice of Electronic Filing)

September 25, 2012           /s/ Julie A. Richards
                  Clerk